# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| ROBERT L. CANNON | § | |
|     **Plaintiff** | § | |
| | § | |
| V. | § | No. 5:09CV132 |
| | § | |
| DAVID JAMES | § | |
|     **Defendant** | § | |

## RECUSAL ORDER

The above-entitled and numbered cause of action was initially referred to the undersigned for pretrial purposes. The undersigned hereby recuses herself from the above-referenced cause of action. Therefore, the undersigned shall take no further action in the above-referenced case. *See United States v. O'Keefe*, 128 F.3d 885, 891 (5th Cir. 1997).

    **IT IS SO ORDERED.**

    **SIGNED this 14th day of September, 2009.**

    _____
    CAROLINE M. CRAVEN
    UNITED STATES MAGISTRATE JUDGE